IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CARL RUSSELL, CHRIS THOMPSON, as Next Friend of C.R. & J.R., Minors, ARACELY GARCIA, as Next Friend of D.R., a Minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>NEW PUNCH BOWL AUSTIN DOMAIN, LLC, D/B/A PUNCH BOWL SOCIAL, NEW PBS BRAND CO., LLC, BEN PETKO, US BOWLING CORPORATION, UL SOLUTIONS INC., MURREY INTERNATIONAL, INC., & AHLBORN KEGEL— UND BOWLINGBAHNENBAU GMBH F/K/A AHLBORN KEBO<br><br>*Defendants*. | CASE NO. 1:24-CV-00695-ADA |

ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane (Dkt. 63) regarding Plaintiff's Motion to Remand (Dkt. 33), Defendant New PBS Brand Co. LLC's Amended Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 39), and all related briefing. The report and recommendation was filed on January 10, 2025. Judge Lane recommended that the District Court **DENY** Plaintiff's Motion to Remand (Dkt. 33), **DISMISS WITHOUT PREJUDICE** Plaintiffs' claims against Ben Petko, **GRANT** Defendant New PBS Brand Co. LLC's Amended Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 39) and **DISMISS WITHOUT PREJUDICE** Plaintiffs' claims against New PBS Brand Co. LLC. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiffs filed objections on January 24, 2025 (Dkt. 65). The Court has conducted *de novo* review of the Report and Recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 63) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' objections are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Dkt. 33) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Ben Petko are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant New PBS Brand Co. LLC's Amended Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 39) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against New PBS Brand Co. LLC are **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this 16th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE